UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SOMASCAN PLAZA INC., et. al.,
    Plaintiffs

vs.                                                                                              CIVIL NO. 98-2218 (JP)

SIEMENS MEDICAL SYSTEMS INC.,
    Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** August 2_, 1999; August 27, 1999<br>**Docket #** 89; 91<br><br>[X] **Plffs**  [X] **Defts**<br><br>**Title:** Informative Motion and Request for Modification of Scheduling Order; Response to Plaintiffs' "Informative Motion and Request for Modification of Scheduling Order" | Plaintiffs request an extension of time to petition the Court to add additional documents and/or witnesses, beyond the August 23, 1999 deadline indicated in the Court's Further Scheduling Order (docket No. 71). Defendant points out that it provided Plaintiffs with all the information requested in its interrogatories and document requests on August 25, 1999. As Defendant did not provide Plaintiffs with its responses until this date, the Court hereby **GRANTS** Plaintiffs until **September 7, 1999** to move for the addition of any documents or witnesses to the ISC Order. |

Date: 9/1/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd: SEP - 3 1999   EOD:
By: RO   #93