Filed on Sept. 21, 1999
By _____
U.S. D.J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SOMASCAN PLAZA INC., et. al.,
    Plaintiffs
vs.                                                                                    CIVIL NO. 98-2218 (JP)

SIEMENS MEDICAL SYSTEMS INC.,
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 16, 1999; September 17, 1999; September 20, 1999<br>**Docket #** 100; 101; 102<br><br>[X] **Plffs**   [X] **Defts**<br><br>**Title:** Informative Motion Concerning the Deposition of Horst Appold and Other Matters; Urgent Motion Requesting Order; Urgent Motion and Request for Sanctions and of an Expedited Order | Pursuant to the Court's Further Scheduling Order (docket No. 71), the deposition of Horst Appold was scheduled to take place on September 20, 1999. Given that Plaintiffs did not inform Defendant of the availability of an interpreter until September 17, 1999, and previous to that communication indicated that no interpreter would be provided, Defendant did not produce Horst Appold for the scheduled deposition. The Court emphasizes that no unilateral deviation from the Scheduling Order will be permitted. Should counsel for either party unilaterally deviate from the Scheduling Order, sanctions will be imposed. As the deposition of Mr. Appold did not take place as scheduled, the Court hereby **ORDERS** that the deposition of Mr. Appold be rescheduled for **September 23, 1999.** |

**Date:** September 21, 1999.

By _____
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd: _____   EOD: _____

By: _____   # 104

*Parties notified by fax*

4