UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -4 AM 9 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SOMASCAN PLAZA INC., et. al.,
    Plaintiffs

vs.

CIVIL NO. 98-2218 (JP)

SIEMENS MEDICAL SYSTEMS INC.,
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 13, 1999<br>**Docket #** 99<br><br>[X] Plffs   [] Defts<br><br>**Title:** Informative Motion on Problems to Schedule a 311.11 Meeting | **NOTED.** Further, Plaintiffs' counsel having failed to provide an additional copy of the motions filed in these proceedings, despite having been admonished by the Court on July 15, 1999 (docket No. 77), it is hereby **ORDERED** that no later than **October 15, 1999** counsel shall pay a sanction of $50.00 to the Clerk of the Court and shall so certify to the Court via motion filed on the same date. |

Date: 9/28/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:   EOD:

By:   # 109