UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SOMASCAN PLAZA INC., et. al.,
    Plaintiffs
vs.

CIVIL NO. 98-2218 (JP)

SIEMENS MEDICAL SYSTEMS INC.,
    Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: October 6, 1999<br>Docket # 110<br><br>[X] Plffs  [] Defts<br>Title: Informative Motion | **NOTED.** The Court **NOTES** that Plaintiffs' attorney, Benny Frankie Cerezo, will be away from his office from October 29, 1999 to November 17, 1999. |
| Date Filed: October 6, 1999<br>Docket # 111<br><br>[X] Plffs  [] Defts<br>Title: Informative Motion on payment of sanctions | **NOTED.** |
| Date Filed: October 6, 1999<br>Docket # 112<br><br>[X] Plffs  [] Defts<br>Title: Informative Motion | The Court **NOTES** that Plaintiffs have submitted the fees for the translator and court reporter related to the canceled depositions of Horst Appold for September 20, 1999, September 21, 1999, and September 23, 1999, totaling $975.00 ($600.00 for translator and $375.00 for court reporter). However, the Court only ordered the reimbursement of those fees for September 20, 1999 and September 23, 1999. The Court has therefore subtracted $200.00 from the translator's fees and $130.00 from the court reporter's fees, for a total of $645.00. The Court **ORDERS** Defendants to reimburse Plaintiffs $645.00 and pay $2,000.00 in legal fees, as previously ordered, on or before **October 25, 1999**, and to so inform the Court by motion filed on that same date. |

Date: October 14, 1999

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: _____  # 118

4