UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SOMASCAN PLAZA INC., et. al.,
    Plaintiffs
vs.

CIVIL NO. 98-2218 (JP)

SIEMENS MEDICAL SYSTEMS INC.,
    Defendant

## ORDER

| MOTION | RULING |
| --- | --- |
| **Date Filed:** October 7; October 8, 1999; October 8, 1999<br>**Docket #** 115; 116, 117<br><br>[X] **Plffs**    [X] **Defts**<br>**Title:** Urgent Motion Regarding Discovery; Informative Motion; Siemens' Informative Motion Concerning Plaintiffs' "Urgent Motion Regarding Discovery" | The Court previously ordered the deposition of Horst Appold to take place on October 7, 1999. The parties inform the Court that the deposition of Mr. Appold ended on October 7, 1999, but that Plaintiffs sought to continue the deposition on October 12, 1999 in order for Mr. Appold to produce his "field note reports." Pursuant to the Initial Scheduling Conference Order, depositions are taken day to day until finished. Thus, the Court **FINDS** that if Plaintiffs' attorney chose not to continue the deposition on October 8, 1999, it is his own fault; the deposition has closed. The Court further **ORDERS** Defendants to produce to Plaintiffs the field report notes taken by Horst Appold and any other personnel of Defendants relating to the inspection of the Plaza Las Americas MRI unit on or before **October 25, 1999**. |

Date: October 14, 1999

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By_____  # 119

4