UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SOMASCAN PLAZA INC., et al.,
    Plaintiffs

vs.                                          CIVIL NO. 98-2218 (JP)

SIEMENS MEDICAL SYSTEMS INC.,
    Defendant



**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** September 3, 1999; September 13, 1999; September 28, 1999; October 6, 1999<br>**Docket #** 94, 98, 107, 114<br><br>[X] **Plffs**    [X] **Defts**<br><br>**Title:** Urgent Motion Requesting Status Conference; Defendant's Response to Plaintiffs' Urgent Motion Requesting Status Conference; Plaintiff's Motion Requesting Status Conference and Order to Compel Discovery; Siemens' Opposition to Plaintiffs' "Motion Requesting Status Conference and Order to Compel Discovery | **GRANTED.** The Court hereby **GRANTS** the parties' request for a status conference in the above-captioned case. The hearing will deal with all motions pending; the Court will not act upon any pending motions until the hearing is held. The hearing **SHALL** be held in open Court on **December 9, 1999 at 9:30 a.m.** If the parties have any evidence to prove the allegations advanced in their motions, it should be produced to the Court on or before **November 25, 1999** in the form of sworn statements. |

Date: 11/15/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: ho    # 130