UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SOMASCAN PLAZA INC., et al.,
    Plaintiffs

vs.    CIVIL NO. 98-2218 (JP)

SIEMENS MEDICAL SYSTEMS INC.,
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 22, 1999<br>**Docket #** 133<br><br>[X] **Plffs**    [ ] **Defts**<br><br>**Title:** Informative Motion | **NOTED.** |
| **Date Filed:** November 22, 1999<br>**Docket #** 132<br><br>[ ] **Plffs**    [X] **Defts**<br><br>**Title:** Motion Concerning Request to Admit Authenticity of Documents | **NOTED.** The Court has not stayed discovery in this case, but has made clear that all pending motions will be addressed at the status hearing, scheduled for December 17, 1999 at 9:30 a.m. Thus, Defendants may serve upon Plaintiffs a request to admit authenticity of documents. |

Date: 11/24/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #134

Received & Filed 1999 NOV 29 AM 8 01 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR