UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

1999 NOV 29 AM 7:59

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SOMASCAN PLAZA INC., et al.,
    Plaintiffs

vs.

CIVIL NO. 98-2218 (JP)

SIEMENS MEDICAL SYSTEMS INC.,
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 22, 1999<br>**Docket #** 131<br><br>[X] Plffs    [] Defts<br><br>**Title:** Motion Requesting New Date for Status Conference | **GRANTED.** Due to a scheduling conflict with Plaintiff's attorney, the status hearing, originally scheduled for December 9, 1999 at 9:30 a.m. is hereby **RESET** for **December 17, 1999** at 9:30 a.m. |

Date: 11/23/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #135

