UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: DECEMBER 17, 1999

BEFORE SENIOR JUDGE JAIME PIERAS, JR.

COURTROOM DEPUTY:  Lily **ALICEA**            **CASE NO. CIVIL 98-2218**

**COURT REPORTER: DONNA DRATWA**
==================================================================

SOMOSCAN PLAZA, INC. ET AL             Attorneys:
                                       For Plaintiffs: BENNY
                                       FRANKIE CEREZO

           VS
                                       For Defendant: ROSELL
SIEMENS MEDICAL SYSTEMS, INC           BARRIOS & PEDRO RUIZ

Judge Pieras is sick and therefore the status conference scheduled for today is hereby rescheduled, with the consent of the parties, for Tuesday, December 28, 1999 at 9:30 AM.

_____
LILY ALICEA
COURTROOM DEPUTY