UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SOMASCAN PLAZA INC., et al.,
    Plaintiffs

vs.                                                                                   CIVIL NO. 98-2218 (JP)

SIEMENS MEDICAL SYSTEMS INC.,
    Defendant

**ORDER**

The status hearing scheduled for December 17, 1999 at 9:30 a.m. is hereby **RESET** for **December 28, 1999** at 9:30 a.m. The hearing will be held in open court.

Date: 12/17/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:             #137