IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SOMASCAN PLAZA, INC., et al.,

    Plaintiffs,

v.                                               CIVIL NO. 98-2218 (JP)

SIEMENS MEDICAL SYSTEMS, INC.

    Defendant

### FINAL JUDGMENT

Pursuant to parties' Stipulation of Dismissal with Prejudice (**docket No. 143**), which is hereby **GRANTED** and made a part of this judgment, and Federal Rule of Civil Procedure 41(a)(1), it is hereby **ORDERED, ADJUDGED and DECREED** that the above-captioned Complaint be **DISMISSED WITH PREJUDICE** without the imposition of costs or attorneys fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 3rd day of March, 2000.

                    JAIME PIERAS, JR.
                    U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)